**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

WILMER CUTLER PICKERING HALE & DORR LLP
Robert M. Galvin (SBN: 171508)
robert.galvin@wilmerhale.com
Anh-Khoa Tran (SBN: 295393)
khoa.tran@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

Robert J. Gunther, Jr. (NY SBN: 1967652)
robert.gunther@wilmerhale.com
Christopher R. Noyes (pro hac vice forthcoming)
christopher.noyes@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888

Attorneys for Plaintiffs
COGENRA SOLAR, INC. and
KHOSLA VENTURES III, L.P.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COGENRA SOLAR, INC., a Delaware corporation,<br><br>and<br><br>KHOSLA VENTURES III, L.P., a Delaware limited partnership,<br><br>           Plaintiffs,<br><br>        v.<br><br>SOLARCITY CORPORATION, a Delaware corporation,<br><br>and<br><br>SILEVO, INC., a Delaware corporation,<br><br>          Defendants. | Case No.  3:16-cv-5481<br><br>**[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]**<br><br>**COMPLAINT FOR MISAPPROPRIATION OF TRADE SECRETS, INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE, PROMISSORY ESTOPPEL, BREACH OF CONTRACT, AND UNFAIR BUSINESS PRACTICES**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Cogenra Solar, Inc. ("Cogenra") and Khosla Ventures III, L.P. ("Khosla Ventures") complain and allege as follows against Defendants SolarCity Corporation ("SolarCity") and Silevo, Inc. (f/k/a Sierra Solar Power, Inc.) ("Silevo").

## THE PARTIES

1.      Plaintiff Cogenra is a Delaware corporation having a principal place of business at 77 Rio Robles, San Jose, California 95134.  Cogenra designs and manufactures proprietary solar panel technologies that achieve levels of performance and efficiency that are among the highest in the solar industry.  Cogenra is a wholly-owned subsidiary of SunPower Corporation, which is based in San Jose, California.

2.      Plaintiff Khosla Ventures is a Delaware limited partnership having a principal place of business at 2128 Sand Hill Road, Menlo Park, California 94025.  Khosla Ventures provides venture assistance and strategic advice to entrepreneurs working on breakthrough technologies.  The firm was founded in 2004 by Vinod Khosla, co-founder of Sun Microsystems.  With over four billion dollars under management, the firm focuses on making investments in a broad range of areas, including education, health, agriculture/food, sustainable energy, and robotics.

3.      Defendant SolarCity is a Delaware corporation having a principal place of business at 3055 Clearview Way, San Mateo, California 94402.  SolarCity maintains numerous offices in the United States and is doing business in this judicial district.  SolarCity designs, finances, and installs solar power systems on residential, government, and commercial buildings.

4.      Defendant Silevo is a Delaware corporation having a principal place of business at 47700 Kato Road, Fremont, California 94538.  Silevo is a wholly-owned subsidiary of SolarCity and is doing business in this judicial district.  Silevo is a solar component manufacturer.

## JURISDICTION

5.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338, 2201, 2202, and the trade secret laws of the United States, 18 U.S.C. §§ 1836 and 1839.  This Court also has supplemental jurisdiction over the asserted state law claims pursuant to 28 U.S.C. § 1367(a) because the federal and state law claims derive from a common nucleus of operative facts.

6.      This Court has personal jurisdiction over SolarCity because SolarCity has its principal place of business in this judicial district, regularly does business in this judicial district, and has misappropriated trade secrets in California and in this district.  Upon information and belief, SolarCity derives significant benefits from its misappropriation of trade secrets, intentional interference with Cogenra's economic advantage, intentional misrepresentation, engagement in fraudulent business practices, and breach of contract within this district, and knows its actions will have consequences within this district.

7.      This Court has personal jurisdiction over Silevo, which is owned by SolarCity, because Silevo has its principal place of business in this judicial district, regularly does business in this judicial district, and has misappropriated trade secrets in California and in this district.  Upon information and belief, Silevo derives significant benefits from its misappropriation of trade secrets, intentional misrepresentation, and breach of contract within this district, and knows its actions will have consequences within this district.

**VENUE**

8.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) because SolarCity and Silevo have their principal places of business in this district, transact business in this district, have misappropriated trade secrets in this district, and are subject to personal jurisdiction in this district.  In addition, venue is proper because Cogenra and Khosla Ventures have their principal places of business in this district, and have suffered harm in this district.

**INTRADISTRICT ASSIGNMENT**

9.      Pursuant to Civil Local Rule 3-5(b), intradistrict assignment in San Francisco is proper because the unlawful conduct that gives rise to these claims substantially occurred in the County of San Mateo.

**BACKGROUND**

10.      Cogenra is a solar innovation company, founded in 2009 with the goal of reducing the world's reliance on fossil fuels by producing low cost, high performance, and highly reliable solar modules.  Cogenra's proprietary technologies have been field-proven in over forty installations worldwide, including a one megawatt solar array at the University of Arizona's Solar Zone.

11.     From 2009 to 2015, Khosla Ventures was the majority shareholder of Cogenra, owning approximately 80% of the company.  During this time period, Khosla Ventures invested ██ ███████ to enable Cogenra to develop and bring to market its innovative solar cell technology. Khosla Ventures held a seat on Cogenra's Board of Directors and provided support and assistance with Cogenra's management, operations, and sales.

12.     Between 2010 and 2014, Cogenra shared its most precious and confidential trade secrets, manufacturing processes, and other intellectual property with Silevo and SolarCity: Cogenra's innovative "shingling" technology for manufacturing high-efficiency commercially-viable solar panels.  To protect its trade secrets and confidential and proprietary information, ████████████████████████████████████████████████████████ ███████████████████████████████████████ ██████

13.     Cogenra's development and application of shingling technology was a breakthrough in the solar power industry, resulting in solar modules that were more power-efficient, more reliable, and less expensive than conventional modules.  ██████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████ ███████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████████████ ██████████████████████████████████████ █████████████████████  Notably, none of SolarCity and Silevo's patent applications filed before ██████████████████ mentioned or involved shingling technology.

14.     SolarCity and Silevo misappropriated Cogenra's trade secrets, manufacturing processes, and other intellectual property to give themselves a competitive advantage and head start in developing shingled-cell solar modules.  ████████████████████████████ ████████████████████████████████████████████

1   ████████████████████████████████████████████████████

2   ██████████████████████████████████████████████

3   ████████████████████████████████████████████

4   ██████████████████████████████ Upon information and belief, SolarCity and

5   Silevo did not have ████████████████████████████████████

6   ████████████████████████████ It was only by misappropriating Cogenra's

7   proprietary technology, including its trade secrets and other intellectual property, that SolarCity and

8   Silevo were later able to announce a claim that they set a new world record for solar panel energy

9   efficiency.

10      **A.    Cogenra's Innovation in Solar Cell Technology**

11      15.    In 2010, Cogenra developed an innovative concentrating photovoltaic (CPV) system,

12   which allowed for efficient generation of electricity while using a smaller number of solar cells.

13      16.    In 2012, Cogenra enhanced and further developed its proprietary CPV technology by

14   implementing "shingled" cells in its CPV systems.  By overlapping, or "shingling," the solar cells,

15   Cogenra was able to produce a more reliable, efficient, and economical photovoltaic system.  The

16   shingled-cell module was able to operate at a higher efficiency and produce 10%-15% more power

17   than conventional solar modules.

18      17.    The manufacturing of efficient, reliable shingled-cell solar modules was a major

19   breakthrough in the solar power industry.  Although the idea of shingling solar cells had been

20   considered earlier, no one had been able to confirm a commercially-viable solar module using the

21   technology.  Cogenra's proprietary technologies and manufacturing techniques turned the concept of

22   shingling into a reality, and the results were groundbreaking.  ██████████████████████

23   ██████████████████████████████████████████████

24   ████████████████████████████████████████████

25      18.    In 2014, Cogenra once again proved that it was a pioneer in the field of photovoltaics

26   by adapting its shingled-cell technology to be used in traditional, flat solar panels.  Cogenra called

27   these innovative shingled-cell modules the SuperCell module (later renamed as the HyperCell

28   module).  Whereas other front-contact cell modules at the time produced a maximum of

approximately 350 watts of power, the Cogenra HyperCell shingled module delivered 400 watts with an approximately similar panel size—an increase of nearly 15%.  This set a new world record for efficiency.  *See Cogenra Sets Three World Records for Solar Module Power*, BUSINESS WIRE (Oct. 16, 2014), *available at* http://www.businesswire.com/news/home/20141016005281/en/Cogenra-Sets-World-Records-Solar-Module-Power.

19.     Cogenra's shingled-cell solar modules operated at a significantly higher efficiency compared to conventional solar modules because, in part, the shingled cells minimized the amount of surface area devoted to wiring and connections.  In addition, because the wiring is hidden in Cogenra's shingled-cell modules, the HyperCell has an improved all-black appearance.  This aesthetically pleasing, all-black design is highly desirable and superior to the traditional front-contact solar module design depicted below.

*Figure 1*



Traditional Solar Module Design                    Cogenra's All-Black Design

20.     In April 2014, Cogenra submitted its groundbreaking shingled-cell technology to the Department of Energy's (DOE) SunShot Initiative grant contest, which was intended to spur photovoltaic and concentrating solar power manufacturing and supply chain companies in the U.S.

by aiding the development of innovative, cost-reducing, and efficiency-increasing technology into useable manufacturing equipment and processes.  On October 22, 2014, the DOE granted Cogenra a $2 million award for its record-setting technology.  *See Cogenra Wins $2M U.S. Energy Dept. SunShot Award*, BUSINESS WIRE (Oct. 22, 2014), *available at* http://www.businesswire.com/news/home/20141022006260/en/Cogenra-Wins-2M-U.S.-Energy-Dept.-SunShot.  Again, in August 2015, Cogenra received a $5.5 million grant from the DOE's SunShot Initiative.  *See SunShot Technology to Market Incubator 10, SolarMat 3, Sunpath 2,* DEPARTMENT OF ENERGY (Nov. 16, 2015), *available at* http://energy.gov/eere/sunshot/sunshot-technology-market-incubator-10-solarmat-3-sunpath-2.

21.     In addition to the DOE grants, Cogenra was granted utility and design patents covering its shingled-cell designs and methods of manufacture, including U.S. Patent Nos. D7,750,556; 9,356,184; 9,397,252; and 9,401,451.  Cogenra currently has multiple pending patent applications on its technology and designs.

22.     Cogenra also diligently maintained the secrecy of certain of its underlying technology.  For example, Cogenra kept as trade secrets ███████████████████████████████████████████████████████████████████████████████████████████.  This information was highly valuable and not generally known by or readily ascertainable to competitors.  Cogenra only disclosed the fact that it was developing shingled solar panels to its vendors on a need-to-know basis.  In instances where disclosure of Cogenra's confidential trade secrets, manufacturing processes, and other intellectual property was necessary, disclosures were made pursuant to an executed non-disclosure agreement.  All Cogenra employees were required to sign confidentiality agreements, and documents that were shared outside of the company were marked with confidentiality designations.

**B.     Cogenra's Early Relationship with Silevo**

23.     In October 2010, Cogenra's CEO, Gilad Almogy, contacted Silevo's CEO, Zheng Xu, to explore Silevo's ability to manufacture solar cells for use in Cogenra's CPV modules. █



24. ███████████████ Cogenra's Chief Operating Officer and Vice President of Research and Development, Ratson Morad, met with Silevo's Chief Technology Officer, Jianming Fu, to discuss the solar cell requirements for Cogenra's CPV modules. █████████

25. Two years later, on October 10, 2012, Dr. Almogy and Mr. Morad of Cogenra met with Mr. Xu and Mr. Fu of Silevo again to discuss Silevo's ability to manufacture cells for use in Cogenra's improved shingled-cell CPV modules. Cogenra was interested in Silevo's claims that it produced solar cells that were more energy efficient than other manufacturers' solar cells.

26. On January 7, 2013, Cogenra sent Silevo a preliminary purchase order for solar cells. On January 22, 2013, Cogenra sent Silevo further technical specifications for the particular design of Cogenra's proprietary shingled solar cells, █████████████. This small order was to assess Silevo's capabilities of being a high volume manufacturer.

27. ████████████████

28. ████████████████

1 ████████████████████████████████████████████

2 ███████████████████████████████████

3   29.   ███████████████████████████████████████

4 ████████████████████████████████████████████

5 ████████████████████████████████████████████

6 ████████████████████████████████████████████

7 ████████████████████████████████████████████

8 ███████████

9   30.   By May 2014, after a year-and-a-half working with Silevo to build a shingled-cell

10 module for its CPV system, Cogenra once again determined that ████████████████

11 ████████████████████████████████████████████

12 ███████████████

13   **C.   Cogenra Integrates Its Innovative Shingling Into Flat Solar Panels**

14   31.   In 2014, Cogenra integrated the shingling technology into traditional, flat solar

15 panels.

16   32.   In 2014, Cogenra also began looking for new investors, including potential

17 opportunities to be acquired by larger solar companies.  By mid-2014, several solar companies had

18 shown interest in acquiring Cogenra.

19   33.   As part of this effort to obtain new investors, ████████████████████████

20 ████████████████████████████████████████████

21 ██████████████████████████████████████████

22 ████████████████████████████████████████████

23 ███████████

24   34.   On June 16, 2014, ███████████████████████ SolarCity announced its

25 plan to acquire Silevo.

26   35.   During the June 20, 2014 meeting, ████████████████████ various details

27 regarding Cogenra's HyperCell technology. ████████████████████████

28 ███████████████████████████████████████



36.     Representatives from Silevo and Cogenra met again on June 30, 2014.  At this meeting, Cogenra gave Silevo a more detailed presentation

37.

38.

39.



**D.** 

    *1.*

45.

46.

47.

48.

49.







*3.* ████████████████████████████████
████████████

59. ████████████████████████████
████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████
████████████████████████████████████
████████████████████████████████
██████████

60. ████████████████████████████
████████████████████████████████████
████████████████████████████
████████████████████████████████████
████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████████
██████████████████

61. ████████████████████████████
████████████████████████████████████
████████████████████

62. ████████████████████████████████
████████████████████████████████████
████████████████████████████████████

1

2

3

4

5

6

7

8      63.

9

10

11

12

13      64.

14

15

16

17      65.

18

19

20

21

22

23

24      66.    In September 2015, SunPower acquired Cogenra.  *See* SunPower Adds Innovative

25  New Solar Panel Product Line, SunPower (Nov. 12, 2015), *available at*

26  http://newsroom.sunpower.com/2015-11-12-SunPower-Adds-Innovative-New-Solar-Panel-Product-

27  Line-Enhancing-Reach-to-New-Customer-Segments-and-Global-Markets.

28

**E.     SolarCity and Silevo Misappropriate Cogenra's Confidential Trade Secrets and Intellectual Property**

67.     ███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████.

68.     ███████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

*1.     SolarCity and Silevo Copied Cogenra's Intellectual Property to File Its Own Patent Applications*

69.     ███████████████████████████████████

████████████████████████████████ Silevo began filing patent applications that misappropriated Cogenra's proprietary technology, including its trade secrets, manufacturing processes, and other intellectual property. ████████████████ ███████████████████████████████████████████ █████████████████████████████████.

70.     On October 8, 2014, █████████████████████████████, Mr. Heng, Mr. Fu, and Mr. Xu—████████████████████████████████ ████████—filed U.S. Patent Application No. 14/510,008 ("the '008 application").  A true and accurate copy of the '008 application is attached hereto as Exhibit 1 to the Complaint.  The '008



1  application was a continuation-in-part ("CIP") of Silevo's prior U.S. Patent Application No.

2  14/153,608 ("the '608 application"), entitled "Module Fabrication of Solar Cells with Low

3  Resistivity Electrodes."  The '008 application claimed the benefit of U.S. Patent Application No.

4  61/751,733 ("the '733 application"), entitled "Module Fabrication using Bifacial Tunneling Junction

5  Solar Cells with Copper Electrodes."

6      71.    With the '008 application, Silevo modified the earlier '608 application to include

7  Cogenra's proprietary shingling ███████████████████████████████████

8  ████████████████████    Upon information and belief, Silevo's '008 application describes

9  Cogenra shingling technology, as outlined in at least paragraphs [0071] to [0075] and depicted in at

10  least drawings 5F-5I.  These drawings and descriptions did not appear anywhere in Silevo's earlier-

11  filed patent application.  Indeed, the concept of "shingling" or overlapping solar cells does not

12  appear in the '608 application.  As shown below, Silevo's '008 application describes and

13  misappropriates Cogenra's proprietary shingled cell design:

**Figure 2**





Cogenra Shingled Cell Design                    Silevo Patent App. No. 14/510,008

(from WO 2010/074826)

      72.    Upon information and belief, Silevo's drafting and filing of the '008 application

constitutes a violation of at least the ████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████. Silevo and SolarCity's use of
Cogenra's confidential and proprietary technology, including its trade secrets, manufacturing
processes, and other intellectual property to draft and file the '008 application breached ██████
█████████.

73.     Less than a month later, on November 4, 2014, Silevo filed a provisional patent
application, U.S. Patent Application No. 62/075,134 ("the '134 application").  A true and accurate
copy of the '134 application is attached hereto as Exhibit 2 to the Complaint.  Once again, Mr. Heng
and Mr. Xu are named inventors on this patent application.

74.     Upon information and belief, Silevo and SolarCity again improperly used Cogenra
confidential information to draft this provisional application, as evidenced in at least paragraphs
[0065] to [0070] and at least Figures 13A-13C.  Again, this application reflects Cogenra's
proprietary shingled cell design as well as manufacturing methods used to create the shingled cells,
in direct violation of ████████████████████████ as depicted below.

***Figure 3***




Cogenra Shingled Cell Design            Silevo Patent App. No. 62/075,134

  (from WO 2010/074826)

75.     Upon information and belief, Silevo's drafting and filing of the '134 application also
constitutes a violation of at least the parties' ██████████████████████████
███████████████████████████████████████████████████

1 ██████████████████████████████████████████████████

2 ██████████████████████████████████████████████

3 █████████████████████████████████████████

4 ████████████████████████. Silevo and SolarCity's use of Cogenra's confidential

5 and proprietary technology, including its trade secrets, manufacturing processes, and other

6 intellectual property, to draft and file the '134 application breached ████████████

7 ████████

8     76.    On December 8, 2014, Silevo filed another application, U.S. Patent Application No.

9 14/563,867 (Pub. No. US 2015/0090314 A1), entitled "High Efficiency Solar Panel" ("the '867

10 application").  A true and accurate copy of the '867 application is attached hereto as Exhibit 3 to the

11 Complaint.  Mr. Heng and Mr. Xu are also named inventors on this patent application.  The '867

12 application was a continuation-in-part of the '008 and '608 applications and claims the benefit of the

13 '134 and '733 applications.

14     77.    Upon information and belief, Silevo and SolarCity used Cogenra's confidential

15 information in drafting the '867 application, as evidenced in at least paragraphs [0064] to [0073] and

16 at least Figures 13A-13C.  Again, this application reflects Cogenra's proprietary shingled-cell design

17 and manufacturing methods, ████████████████████████████

18 *Figure 4*





Cogenra Shingled Cell Design         Silevo Patent App. No. 14/563,867

(from WO 2010/074826)

78.     Upon information and belief, Silevo's drafting and filing of the '867 application also constitutes a violation of at least the parties' ███████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████. Silevo and SolarCity's use of Cogenra's confidential and proprietary information, including its trade secrets, manufacturing processes, and other intellectual property, to draft and file the '867 application breached ████████ ████████████████████████

79.     Notably, Silevo had filed two patent applications before ██████████████████ ████████ and neither described a shingled-cell configuration.  Instead, Silevo's earlier applications only describe traditional, non-shingled cell designs, as shown in U.S. Patent Application No. 14/153,608, filed January 13, 2014:

### Figure 5



Silevo Patent Application No. 14/153,608, Fig. 5C

80.     In the '008, '134, and '867 patent applications, Silevo describes the ***same*** shingling technology that the purported inventors, including Mr. Heng, ███████████████████████ ████████    In fact, only two weeks before Silevo filed the '008 patent application, Ben Heng—███- ███████████████████████████████████████████████████ Furthermore, the '008, '134, and '867 applications themselves are evidence that Silevo misappropriated Cogenra's confidential and proprietary technology, including its trade secrets, manufacturing processes, and other intellectual property. ██████████████████████████ ████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

1

2

3

           **2.**      ***Silevo Misappropriated Cogenra's Trade Secrets and Intellectual Property for Its Record-Breaking Solar Module***

81.     In 2015, SolarCity and Silevo announced that they had constructed a record-breaking high efficiency shingled-cell solar module. ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████.

82.     Upon information and belief, Silevo modified or otherwise used ████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████. ***First,*** upon information and belief, Silevo did not have the technical capabilities or independent know-how to produce a shingled-cell solar module. ***Second,*** ████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████ Upon information and belief, it would therefore have been impossible for Silevo to independently ████████████████████

████████████████████████████ to manufacture a record breaking shingled-cell solar module ████████

████████████████████████████. As such, upon information and belief, Silevo used ████████████

████████████████████████████████████████████████████

1    ███████████████████, to claim that Silevo broke the world record for efficiency, in violation of

2    █████████████████████.

3        83.    Alternatively, even if Silevo had been able to manufacture its own shingled-cell solar

4    module █████████████████████████████████████████████████████

5    ██████████████████████████████████████████████████████████████████

6    ██████████████████████████████████████████████████

7    This would also constitute a breach of ███████████████████████.

### 3.    SolarCity Copied Cogenra's Sleek and Aesthetically Pleasing "All-Black" Shingled Solar Module Designs

9        84.    Upon information and belief, SolarCity and Silevo offer for sale products

10   incorporating an all-black design based on shingled-cells, touting the product's desirable aesthetics.

11   *See Tesla/SolarCity: First look at new Silevo solar panel that Musk has been boasting about for its*

12   *aesthetic features*, ELECTREK (Aug. 1, 2016), *available at* https://electrek.co/2016/08/01/tesla-

13   solarcity-first-look-silevo-solar-panel-musk-aesthetic/:

***Figure 6***



85.     For example, during SolarCity's 2015 Analyst Day presentation, SolarCity discussed its solar panel's "breakthrough in shingling technology" and "aesthetics."  *See SolarCity 2015 Analyst Day, Delivering Better Energy*, at 66 (attached hereto as Exhibit 4 to the Complaint).

86.     Upon information and belief, Elon Musk, SolarCity's Chairman, has touted Silevo's solar panel technology and aesthetics:

> There's the Silevo acquisition, which I think it [sic] the best technology out there for high-efficiency, low-cost solar panels. And at the same time, very significantly improving the aesthetics of the solar panels. I think there's quite a radical difference between having solar panels on your roof that actually make your house look better versus ones that do not, I think it's going to be a night-and-day difference.

*See Tesla/SolarCity: First look at new Silevo solar panel that Musk has been boasting about for its aesthetic features*, ELECTREK (Aug. 1, 2016), *available at* https://electrek.co/2016/08/01/tesla-solarcity-first-look-silevo-solar-panel-musk-aesthetic/; *see also Elon Musk: we can make Solar Panels aesthetically pleasing and raise house values*, TESLA UPDATES (June 22, 2016), *available at* http://www.teslaupdates.co/2016/06/elon-musk-wants-to-make-solar-panels.html ("If you make the house look more beautiful you raise the value of the house.").

87.     Moreover, SolarCity and Silevo's misappropriation of Cogenra's proprietary technology relating to the design, manufacture, and sale of Cogenra's HyperCell solar modules constitutes a violation of at least ████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████. Therefore, Silevo and SolarCity's use of Cogenra's confidential and proprietary technology, including its trade secrets, manufacturing processes, and other intellectual property to design, manufacture, and sell copies of Cogenra's all-black shingled-cell solar modules breached ██████████████████████

**4.    *SolarCity Misappropriated Cogenra's Trade Secrets and Intellectual Property to* ██████████████████████**

88.    Upon information and belief, SolarCity has also been using Cogenra's confidential and proprietary technology, including its trade secrets, manufacturing processes, and other intellectual property ████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████

89.    ████████████████████████████████████████████

███████████████████████████████████   For example, on December 15, 2015, in its "2015 Analyst Day" presentation, SolarCity discussed its "breakthrough in shingling technology" and its higher efficiency solar modules.  *See* Ex. 4 at 66.  Upon information and belief, SolarCity's ████████████████████████████   improperly uses Cogenra's trade secrets, manufacturing processes, and other intellectual property.

90.    That SolarCity lacked ████████████████████   is further evidenced by SolarCity's employment offers to three Cogenra employees, ████████████████████████

████████████████.  Specifically, in February 2015, SolarCity extended employment offers to two key Cogenra employees with crucial shingled-cell know-how and expertise. ████████████

████████████████████████████████████████████████

SolarCity withdrew the employment offers once Cogenra confronted SolarCity ██████████████

████████

91.    ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████. Silevo

and SolarCity's use of Cogenra's confidential and proprietary technology, including its trade secrets, manufacturing processes, and other intellectual property .

F.

92.

93.

94.

95.

96. ███████████████████████████████████████████

**G.** ███████████████████████████████████████

97.     Khosla Ventures was the majority shareholder of Cogenra, owning approximately 80% of the company.  Khosla Ventures provided support and assistance in all aspects of Cogenra's business and made substantial investments in the company. ████████████████████████████████████████████████████████████████████████████████████

98. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

## CAUSES OF ACTION

## <u>COUNT I</u>

### Misappropriation of Cogenra's Trade Secrets by SolarCity
### (18 U.S.C. § 1836(b))

99.     Cogenra and Khosla Ventures reallege and incorporate by reference the allegations in paragraphs 1–98 above.

100. ███████████████████████████████████████

████     This information constituted trade secrets belonging to Cogenra under 18 U.S.C. § 1839, in that Cogenra has taken reasonable measures to keep the information a secret and the information derives independent economic value, actual or potential, from not being generally known to, and not

being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

101.    SolarCity willfully and maliciously misappropriated Cogenra's trade secrets, thereby gaining economic value from the information.  For example, by misappropriating Cogenra's trade secrets, upon information and belief, SolarCity was able to give itself a competitive advantage and head start ████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████ .

102.    SolarCity misappropriated Cogenra's confidential and proprietary technology, including its trade secrets, manufacturing processes, and other intellectual property without Cogenra's consent, and despite SolarCity's ████████████████████████████████████
███████████████████████ .

103.    As a result of SolarCity's wrongful conduct, upon information and belief, Cogenra has suffered pecuniary losses from (1) disclosure of Cogenra's trade secrets; and (2) upon information and belief, lost revenues and profits.

104.    Unless SolarCity's wrongful conduct is restrained and enjoined, Cogenra will suffer further immediate and irreparable injury, for which it has no adequate remedy at law.

**<u>COUNT II</u>**

**Misappropriation of Cogenra's Trade Secrets by Silevo**
**(18 U.S.C. § 1836(b))**

105.    Cogenra and Khosla Ventures reallege and incorporate by reference the allegations in paragraphs 1–104 above.

106.    ████████████████████████████████████████████████████████████
This information constituted trade secrets belonging to Cogenra under 18 U.S.C. § 1839, in that Cogenra has taken reasonable measures to keep the information a secret and the information derives independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

107.     Silevo willfully and maliciously misappropriated Cogenra's trade secrets, thereby gaining economic value from the information.  For example, by misappropriating Cogenra's confidential and proprietary technology, including its trade secrets, Silevo was able to give itself a competitive advantage and head start ███████████████████████████  Upon information and belief, Silevo also filed at least three patent applications on Cogenra's trade secrets, manufacturing processes, and other intellectual property.

108.     Silevo misappropriated Cogenra's confidential and proprietary technology, including its trade secrets, manufacturing processes, and other intellectual property without Cogenra's consent, and despite Silevo's ████████████████████████████████████████████████ █████.

109.     As a result of Silevo's wrongful conduct, upon information and belief, Cogenra has suffered pecuniary losses from (1) disclosure of Cogenra's trade secrets; and (2) upon information and belief, lost revenues and profits.

110.     Unless Silevo's wrongful conduct is restrained and enjoined, Cogenra will suffer further immediate and irreparable injury, for which it has no adequate remedy at law.

## COUNT III

### SolarCity's Intentional Interference With Cogenra's and Khosla Ventures' Prospective Economic Advantage

111.     Cogenra and Khosla Ventures reallege and incorporate by reference the allegations in paragraphs 1–110 above.

112.     █████████████████████████████ █████████████████████████████████████ █████████████████████████████████████ ███████████████████████████

113.     █████████████████████████████ █████████████████████████████████████████ █████████████████████████████

1   114.   

2

3

4

5

6

7

8

**COUNT IV**

**Promissory Estoppel**

9   115.   Cogenra and Khosla Ventures reallege and incorporate by reference the allegations in

10  paragraphs 1–114 above.

11

12  116.

13

14

15  117.

16

17

18  118.

19

20

21  119.

22

23

24

25  120.

26

27

28

1 ████████████████████████████████████████████████████
2 ███████████████████████

3 ### <u>COUNT V</u>

4 **SolarCity's Breach of** ███████████

5 121.    Cogenra and Khosla Ventures reallege and incorporate by reference the allegations in

6 paragraphs 1–120 above.

7 122.   ██████████████████████████████████.

8 123.   ████████████████████████████████

9 ████████████████████████████████████████████████████

10 ██████████████████████████████████████

11 ███████████████████████████.

12 124.   ███████████████████████████████

13 ████████████████████████████████████

14 ████████████████████████████████████████

15 ████████████████████████████████████

16 ████████████

17 125.   ████████████████████████████████████

18 ██████████████████████████████████████

19 ████████████████████████████████████████

20 ██████████████████████████.

21 126.   ████████████████████████████████

22 █████████████████.

23 127.   ████████████████████████████████

24 ██████████████████████████████████████

25 ██████████████████████████████████████

26 ████████████████████████████████████

27 █████████████

28

## COUNT VI

**Silevo's Breach of** ██████████████████████████

128.     Cogenra and Khosla Ventures reallege and incorporate by reference the allegations in paragraphs 1–127 above.

129.     ████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████.

130.     ███████████████████████████████████████████████
██████████████████████████████████████████████

131.     ████████████████████████████████████████████████
██████████████████████████████████████████████████████████
███████.

132.     Upon information and belief, Silevo breached ████████████████████████ by, among other things, using Cogenra's confidential and proprietary technology, including its trade secrets, manufacturing techniques, and other intellectual property to prepare and file U.S. Patent Application Nos. 61/751,733, 14/153,608, and 14/563,867, as detailed above.  Such patent applications ████████████████████████████████████████████████
████████████████████.

133.     Upon information and belief, Silevo also breached ██████████████████████
████████████████████████████████████████ in order to announce its claim of setting a world record for efficiency.

134.     Upon information and belief, Silevo also breached ████████████████████ by using Cogenra's confidential and proprietary technology, including its trade secrets, manufacturing techniques, and other intellectual property to manufacture shingled-cell solar modules, including but not limited to SolarCity and Silevo's shingled-cell solar panels.

135.     As a result of Silevo's breach of ████████████████████████ Cogenra has been damaged in an amount to be proven at trial.

136.    In addition, Silevo's breach of ███████████████████████ is ongoing and is currently causing Cogenra harm that is irreparable in nature and not readily compensated for in damages. ████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████████

███████████████████████

## COUNT VII

### SolarCity's and Silevo's Unfair Business Practices
### (Cal. Bus. & Prof. Code § 17200 et seq.)

137.    Cogenra and Khosla Ventures reallege and incorporate by reference the allegations in paragraphs 1–136 above.

138.    The California Unfair Competition Law defines unfair competition to include any "unlawful," "unfair," or "fraudulent" business act or practice. Cal. Bus. & Prof. Code § 17200.

139.    SolarCity's and Silevo's conduct, as detailed above, constitutes unlawful, unfair, and deceptive acts and practices under California's Unfair Competition Law.

140.    ████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████

141.    ████████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████████
██████████

142.    As a result of SolarCity's and Silevo's violation of Cal. Bus. & Prof. Code § 17200 et seq., Cogenra and Khosla Ventures were damaged and suffered irreparable injury and are, therefore, entitled to restitution and injunctive relief. Cal. Bus. & Prof. Code § 17203.

**PRAYER FOR RELIEF**

WHEREFORE, Cogenra and Khosla Ventures request that the Court enter judgment against SolarCity and Silevo as follows:

a. finding that SolarCity and Silevo misappropriated one or more of Cogenra's trade secrets, in violation of 18 U.S.C. § 1836(b);

b. finding that SolarCity and Silevo intentionally interfered with Cogenra and Khosla Ventures' prospective economic advantage;

c. finding that SolarCity and Silevo engaged in unfair business practices in violation of Cal. Bus. & Prof. Code § 17200 et seq.;

d. finding that SolarCity and Silevo breached ████████████████████

e. preliminarily and permanently enjoining SolarCity, Silevo, and the companies' respective officers, agents, directors, servants, employees, affiliates, representatives, attorneys, and any others acting in privity or in concert with them, and their parents, subsidiaries, divisions, successors and assigns from using any Cogenra confidential and proprietary information and trade secrets it obtained from Cogenra beginning in October 29, 2010 to the present;

f. preliminarily and permanently enjoining SolarCity from any further prosecution of U.S. Patent Application Nos. 14/510,008; 62/075,134; 14/563,867 (Pub. No. US 2015/0090314 A1); and all related patent applications;

g. awarding Cogenra and Khosla Ventures compensatory damages for SolarCity's and Silevo's misappropriation of Cogenra's trade secrets, intentional interference with prospective economic advantage, breach of contract, intentional misrepresentations, fraud, and unfair and deceptive business practices;

h. awarding Cogenra and Khosla Ventures restitution and/or disgorgement of all revenues, earnings, profits, compensation, and benefits that may have been obtained by SolarCity and Silevo as a result of their misappropriation of Cogenra's confidential and proprietary technology, including its trade secrets, intentional interference with prospective economic advantage, breach of contract, intentional misrepresentations, fraud, and unfair and deceptive business practices;

i.   awarding Cogenra and Khosla Ventures punitive or statutory damages for SolarCity's fraudulent, willful, and malicious conduct;

j.   awarding costs and interests to Cogenra and Khosla Ventures;

k.   awarding Cogenra and Khosla Ventures attorneys' fees; and

l.   granting such other and future relief as the Court may deem just.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Cogenra and Khosla Ventures demand a jury trial on all issues triable by a jury.

Dated:  September 26, 2016

WILMER CUTLER PICKERING
    HALE & DORR LLP

*/s/ Robert M. Galvin*
Robert M. Galvin
robert.galvin@wilmerhale.com
Anh-Khoa Tran
khoa.tran@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

Robert J. Gunther, Jr. (NY SBN: 1967652)
robert.gunther@wilmerhale.com
Christopher R. Noyes (pro hac vice forthcoming)
christopher.noyes@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Plaintiffs*
Cogenra Solar, Inc. and
Khosla Ventures III, L.P.