WILMER CUTLER PICKERING HALE & DORR LLP
Robert M. Galvin (SBN: 171508)
robert.galvin@wilmerhale.com
Anh-Khoa Tran (SBN: 295393)
khoa.tran@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

Robert J. Gunther, Jr. (NY SBN: 1967652)
robert.gunther@wilmerhale.com
Christopher R. Noyes (pro hac vice forthcoming)
christopher.noyes@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888

Attorneys for Plaintiffs
COGENRA SOLAR, INC. and
KHOSLA VENTURES III, L.P.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COGENRA SOLAR, INC., a Delaware corporation, <br><br> and <br><br> KHOSLA VENTURES III, L.P., a Delaware limited partnership, <br><br> Plaintiffs, <br><br> v. <br><br> SOLARCITY CORPORATION, a Delaware corporation, <br><br> and <br><br> SILEVO, INC., a Delaware corporation, <br><br> Defendants. | Case No. <br><br> **PLAINTIFF COGENRA SOLAR, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Case No.

1 | In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff Cogenra Solar, Inc. ("Cogenra") submits the following statement of its corporate interests and affiliations:

1. Cogenra is a wholly-owned subsidiary of SunPower Corporation ("SunPower").
2. SunPower is a publicly-held corporation and owns ten percent or more of Cogenra.

Dated: September 26, 2016

Respectfully submitted,

*/s/ Robert M. Galvin*
Robert M. Galvin
robert.galvin@wilmerhale.com
Anh-Khoa Tran
khoa.tran@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

Robert J. Gunther, Jr. (NY SBN: 1967652)
robert.gunther@wilmerhale.com
Christopher R. Noyes (pro hac vice forthcoming)
christopher.noyes@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Plaintiffs*
Cogenra Solar, Inc. and
Khosla Ventures III, L.P.