WILMER CUTLER PICKERING HALE & DORR LLP
Robert M. Galvin (SBN: 171508)
robert.galvin@wilmerhale.com
Anh-Khoa Tran (SBN: 295393)
khoa.tran@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

Robert J. Gunther, Jr. (NY SBN: 1967652)
robert.gunther@wilmerhale.com
Christopher R. Noyes (pro hac vice forthcoming)
christopher.noyes@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888

Attorneys for Plaintiffs
COGENRA SOLAR, INC. and
KHOSLA VENTURES III, L.P.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COGENRA SOLAR, INC., a Delaware corporation,<br><br>and<br><br>KHOSLA VENTURES III, L.P., a Delaware limited partnership,<br><br>           Plaintiffs,<br><br>v.<br><br>SOLARCITY CORPORATION, a Delaware corporation,<br><br>and<br><br>SILEVO, INC., a Delaware corporation,<br><br>           Defendants. | Case No. 3:16-cv-5481<br><br>**PLAINTIFF KHOSLA VENTURES III, L.P.'S CORPORATE DISCLOSURE STATEMENT** |

Case No.

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff Khosla Ventures III, L.P. ("Khosla Ventures") submits the following statement of its corporate interests and affiliations:

1. Khosla Ventures is a privately-held limited partnership.
2. Khosla Ventures does not have any parent corporation.
3. No publicly-held corporation owns ten percent or more of Khosla Ventures.

Dated: September 26, 2016

Respectfully submitted,

*/s/ Robert M. Galvin*
Robert M. Galvin
robert.galvin@wilmerhale.com
Anh-Khoa Tran
khoa.tran@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

Robert J. Gunther, Jr. (NY SBN: 1967652)
robert.gunther@wilmerhale.com
Christopher R. Noyes (pro hac vice forthcoming)
christopher.noyes@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Plaintiffs*
Cogenra Solar, Inc. and
Khosla Ventures III, L.P.