UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COGENRA SOLAR, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SOLARCITY CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-05481-VC<br><br>**ORDER ON MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 7 |

　　　The motion to file portions of the complaint under seal is denied without prejudice to a renewed motion once the plaintiffs have finished conferring with the defendants regarding the scope of the sealing request. The parties should ensure that any renewed request is narrowly tailored to meet the Ninth Circuit's standard for sealing information. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092 (9th Cir. 2016). Failure to tailor the request narrowly could result in its outright denial.

　　　**IT IS SO ORDERED.**

Dated: October 18, 2016

_____
VINCE CHHABRIA
United States District Judge