**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| COGENRA SOLAR, INC., a Delaware corporation, and KHOSLA VENTURES III, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>SOLARCITY CORPORATION, a Delaware corporation, and SILEVO, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:16-cv-05481-VC<br><br>[PROPOSED] ORDER REGARDING COGENRA SOLAR, INC.'S UNOPPOSED MOTION TO REMOVE SENSITIVE E-FILED DOCUMENTS, DKT. NOS. 105 AND 106 |

On June 14, 2017, Plaintiff Cogenra Solar, Inc. ("Cogenra") filed an Unopposed Motion to Remove Sensitive E-Filed Documents ("Unopposed Motion") and a Declaration of Jonathan E. Barbee in Support of the Unopposed Motion ("Barbee Declaration"). Based on its agreement with Defendants SolarCity Corporation and Silevo, Inc. (collectively, "Defendants"), Cogenra requested that the Court permanently remove from the docket Defendants' Opposition to Cogenra's Administrative Motion to File Under Seal (the "Original Opposition") (Dkt. No. 105) and the Declaration of Bambo Obaro in Support of the Opposition (the "Original Obaro Declaration") (Dkt. No. 106). Cogenra also requested that the Court allow Defendants to file revised versions of those documents, which Cogenra attached to the Unopposed Motion as Exhibit A and Exhibit B, respectively.

Having considered the Unopposed Motion and Barbee Declaration, the Court grants Cogenra's Unopposed Motion. The Court orders that the Original Opposition (Dkt. No. 105) and the Original Obaro Declaration (Dkt. No. 106) be permanently removed from the docket and orders Defendants to file the revised versions of those documents, attached as Exhibit A and Exhibit B to the Unopposed Motion.

1     **IT IS SO ORDERED.**

2

3    Dated: June 19, 2017                            _____

4                                                         HONORABLE VINCE CHHABRIA
                                                        United States District Judge